AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 1 2019

MITCHELL R. ELFERS
CLERK

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Antonio CARRILLO<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  19mj1643<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 19, 2019__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jordan Spaeth, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 21, 2019

City and state:  Albuquerque, NM

_____
*Judge's signature*

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT; ANTONIO CARRILLO

I, Jordan Spaeth, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND BACKGROUND OF THE AFFIANT

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been a law enforcement officer for approximately 10 years. I am assigned to the FBI Albuquerque Field Office, Violent Crimes Task Force (VCTF), where I primarily investigate violent repeat offenders, armed robberies, bank robberies, and Indian Country crimes. My investigative training and experience includes, but is not limited to, interviewing subjects, targets, and witnesses, writing affidavits for and executing search and arrest warrants, collecting evidence, conducting surveillance, and analyzing public records. I was a police officer before joining the FBI.

2. Over the course of my career, I have arrested hundreds of persons for offenses relating to drug distribution, bank robberies, firearm violations, threatening communications, assaults, homicides, armed robberies, and other criminal conduct.

3. I make this affidavit in support of the arrest of Antonio CARRILLO (year of birth 1956) for violation of:

    i. Interstate Communications, in violation of 18 U.S.C. § 875(c)

4. The statements contained in this affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against Antonio CARRILLO.

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

5. On June 19, 2019, FBI Albuquerque was notified by the Albuquerque Police Department (APD) of a threatening post made on Facebook by an account in the name of Antonio Mark CARRILLO. The post was made at 0730 am on June 19, 2019. A screen shot of the post was provided to your affiant and included the following statement: [1]

   i. "You Bitches Want a Phyical Civl War..I'm Game.. I'll bring My Farm Impliments and They will Never find your Bodies.. AND for Fun I'll BURN Every ACLU Office in the State.. GO TRUMP GO.!"

6. During the investigation, your affiant was notified by the APD of a threatening post made on Twitter by an account in the name of Antonio CARRILLO (@latinmcgyver). The post was made on June 19, 2019. A screen shot of the post was provided to your affiant and included the following statement: [2]

   i. "@realdonaldtrump, YOU say you are going to DEPORT thousands. People are saying,; I'll believe it when I see it..personally when civil war starts.. I am going to burn down EVERY ACLU office in New Mexico.."

7. Your affiant went to CARRILLO's residence in Los Lunas, NM and knocked on the door. As CARRILLO came to the door he yelled, "I hate Cops!" The law enforcement officers on scene were introduced to CARRILLO and he repeated, "I hate cops, I hate judges and I hate lawyers!" CARRILLO went on to explain that, "They're all corrupt, every damn one of them!" CARRILLO became more hostile and stated, "I hate every fucking one of you!"

---

[1] See Exhibit 1 for a photograph of the Facebook post
[2] See Exhibit 2 for a photograph of the Twitter post

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

8. CARRILLO was then shown and read allowed the Facebook post (Exhibit 1), he was asked if he posted it and his response was "Yes I did." He was then asked why he posted it and his response was, "Because everything the ACLU does is promoting corruption within the United States. Everything! I am ready for a civil war. I've already filed a declaration of war. My ass is covered." CARRILLO explained that he filed the declaration of war in Valencia County Court. CARRILLO further explained, "I have enough knowledge in my brain to make a body disappear in less than 24 hours."

## INTERSTATE NEXUS

9. Facebook, Inc. has four data centers located in Prineville, Oregon, Forest City, North Carolina, Lulea, Sweden, and Altoona, Iowa. Facebook, Inc. is also expanding to Fort Worth, Texas, Clonee Ireland, and Los Lunas, New Mexico. Facebook, Inc. leases additional server space from data center providers in several locations in and outside the United States. Furthermore, Facebook, Inc. is headquartered in Menlo Park, CA.

10. Twitter has several servers, none of which are in the District of New Mexico. Furthermore, Twitter is headquartered in San Francisco, CA.

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

## CONCLUSION

11. Based on the above information, I believe there is probable cause to believe Antonio CARRILLO violated 18 U.S.C. § 875(c).

12. This affidavit has been reviewed and approved by Supervisory Assistant United States Jack Burkhead. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Jordan Spaeth
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on June 21, 2019:

United States Magistrate Judge
Albuquerque, New Mexico

AFFIDAVIT IN SUPPORT OF ARREST WARRANT & CRIMINAL COMPLAINT

Exhibit 1:



Antonio Mark Carrillo You Bitches Want a Phyical Civil War.. I'm Game.. I'll bring My Farm Impliments and They will Never find your Bodies.. AND for Fun I'll BURN Every ACLU Office in the State.. GO TRUMP GO.!

Like · Reply · Message · 1h

Exhibit 2:



@realDonaldTrump, YOU Say You are going to DEPORT Thousands.. People are Saying,; I'LL Believe it when I see it.. Personally When Civil War Starts.. I am Going to Burn Down EVERY ACLU Office In New Mexico..

Page | 5