FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 9 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs. No. CR 19-1991 JB

ANTONIO CARRILLO,

Defendant.

## ORDER AMENDING CONDITIONS OF RELEASE

This matter having come before the Court on the Defendant's Unopposed Motion to Amend Conditions of Release, filed on August 6, 2019, and the Court being fully advised of the circumstances, finds the motion is well taken;

IT IS HEREBY ORDERED THAT Defendant's Unopposed Motion to Amend Conditions of Release be and hereby is GRANTED. All conditions of release as contained in the Order Setting Conditions of Release, filed in this case on July 29, 2019, remain in effect with the exception that Defendant is hereby released from the custody of the La Pasada Halfway House and is authorized to reside at his home, 9 Prairie Hawk Road, Los Lunas, New Mexico, while proceedings in this case remain pending.

JERRY H. RITTER
U.S. MAGISTRATECOURT JUDGE