IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                             No. CR 19-1991JB

ANTONIO CARRILLO,

        Defendant.

**ORDER ALLOWING WITHDRAWAL OF ATTORNEY**

This Matter having come before the Court on Defendant's Motion to Withdraw as Attorney, the Court being fully advised in the premises, finds that the Motion is well taken.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Attorney filed by attorney Joe M. Romero, Jr. be and hereby is granted.

IT IS FURTHER ORDERED that new counsel be appointed to represent the Defendant, pursuant to the provisions of the Criminal Justice Act.

_____
UNITED STATES DISTRICT JUDGE