# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Antonio Carrillo**            Docket No. 1:19-CR-01991-001KWR

Petition for Action on Conditions of Pretrial Release

COMES NOW **Jeffrey Martinez-Spelich** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Antonio Carrillo** who was placed under pretrial release supervision by the Honorable Jerry H. Ritter, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on June 27, 2019, with conditions which included the following:

(1) The defendant must not violate federal, state, or local law while on release.

(7)(l) The defendant must not use alcohol at all.

(7)(r) The defendant must report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
According to the Criminal Complaint in Case No. NMSPR2006660, on June 13, 2020, at approximately 5:53 p.m., New Mexico State Police in Socorro County, New Mexico were parked at the intersection of State Road 304 and U.S. Highway 60. Officers observed a gold single cab Chevrolet Pickup Truck approaching the stop sign of the intersection at a high rate of speed. Officer observed the brake lights turn on and the tires screeching. The truck stopped past the stop sign in the west bound lane of U.S. Highway 60. Officers engaged their emergency equipment and conducted a traffic stop approximately 100 yards west of the intersection.

During the traffic stop, while the defendant was searching for his Driver's License, registration, and insurance, officers saw a half empty bottle of wine on the seat. Officers asked the defendant how much he had to drink but the defendant did not answer. Officers noticed the defendant was slurring his words, his eyes were blood shot and watery, and he smelled of alcohol. The defendant was instructed to step out of the vehicle and as he did so, officers noticed he had a difficult time maintaining his balance. Officers aided the defendant to the back of the truck to stop him from falling into traffic. The defendant refused to perform field sobriety tests and he refused to provide a breath sample.

The defendant was subsequently arrested and transported to the New Mexico State Police Office in Socorro, New Mexico. The defendant again refused to submit a breath test and was transported to the Socorro General Hospital where he was medically cleared for incarceration. The defendant was then taken to the Socorro County Detention Center and booked for Count 1: Open Container; Count 2: Failure to Obey Traffic Control Devices; and Count 3: Aggravated Driving While Under the Influence of Intoxicating Liquor or Drugs (Refused Testing).

# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

AN EMERGENCY WARRANT HAS BEEN ISSUED FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **June 13, 2020**

*J. Martinez-Spelich*
**Jeffrey Martinez-Spelich**
**Senior United States Probation Officer**

Place: **Albuquerque, New Mexico**