# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Kirtan Khalsa

Show Cause/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 19cr1991 KWR | UNITED STATES vs. Carrillo | |
| Hearing Date: | 6/23/2020 | Time In and Out: | 9:59-10:30 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Antonio Carrillo | Defendant's Counsel: | Donald Kochersberger |
| AUSA: | Paul Mysliwiec | Pretrial/Probation: | J. Martinez-Spelich |
| Interpreter: | N/A | Witness: | |

### Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant currently has Court appointed counsel
- ☐ Government moves to detain    ☐ Government does not recommend detention
- ☐ Set for ____ on ____ @ ____

### Preliminary/Show Cause/Identity

- ☒ Defendant waives Show Cause Hearing
- ☒ Court finds probable cause    ☐ Court does not find probable cause

### Detention

- ☐ Defendant waives Detention Hearing
- ☒ Government requests detention; defense requests release; probation officer addresses court, requests detention; court findings

### Custody Status

- ☐ Defendant
- ☒ Conditions of release previously imposed remain in effect with additional conditions

### Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- ☐ Matter referred to ____ for Final Revocation Hearing
- ☐