IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No.: 19-CR-1991-KWR |
| **ANTONIO CARRILLO**, | ) | |
| Defendant. | ) | |

## UNITED STATES' WITNESS LIST

The United States respectfully submits its list of trial witnesses in the above-referenced matter, without waiving the right to utilize different or additional witnesses should the need arise[1]:

1. Special Agent Jordan Spaeth, Federal Bureau of Investigation ("FBI");
2. Detective Rich Lewis, Albuquerque Police Department ("APD");
3. Kathryn Turnipseed, ACLU of New Mexico;
4. Peter G. Simonson, ACLU of New Mexico.

The electronic filing of this document in CM/ECF caused a copy to be served electronically on Donald Kochersberger, Esq., counsel for Defendant.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically Submitted July 27, 2020*

---

[1] Defense counsel has indicated that Defendant currently plans to stipulate to the interstate nexus of the Facebook communications in question. If the defense position changes in that regard, the United States will likely have to add a witness to prove the interstate nexus.

PAUL J. MYSLIWIEC
JAYMIE L. ROYBAL
Assistant United States Attorneys
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 224-1471