IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No.: 19-CR-1991-KWR |
| **ANTONIO CARRILLO**, | ) | |
| Defendant. | ) | |

**UNITED STATES' AMENDED WITNESS LIST**

The United States respectfully submits its list of trial witnesses in the above-referenced matter, without waiving the right to utilize different or additional witnesses should the need arise[1]:

1. Special Agent Jordan Spaeth, Federal Bureau of Investigation ("FBI");

2. Detective Rich Lewis, Albuquerque Police Department ("APD");

3. Kathryn Turnipseed, ACLU of New Mexico;

4. Peter G. Simonson, ACLU of New Mexico;

5. J. Joel van Brandwijk, FBI.

---

[1] This list is amended to add the new witness required due to the defense change of position regarding interstate nexus.

The electronic filing of this document in CM/ECF caused a copy to be served electronically on Donald Kochersberger, Esq., counsel for Defendant.

          Respectfully submitted,

          JOHN C. ANDERSON
          United States Attorney

          *Electronically Submitted August 6, 2020*
          PAUL J. MYSLIWIEC
          JAYMIE L. ROYBAL
          Assistant United States Attorneys
          Post Office Box 607
          Albuquerque, New Mexico 87103
          (505) 224-1471