IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        No. 19-CR-1991 KWR

ANTONIO CARRILLO,

    Defendant.

## ORDER REVOKING CONDITIONS OF RELEASE

**THIS MATTER** came before the Court for hearing. Being fully advised in the premises, the Court finds by clear and convincing evidence that Defendant Antonio Carrillo violated his conditions of release and he is unlikely to abide by any condition or combination of conditions of release. IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED, and that the Defendant Antonio Carrillo, be remanded to the custody of the U.S. Marshal Service pending final disposition in this matter.

    **IT IS SO ORDERED.**

_/s/ Kirtan Khalsa_
**KIRTAN KHALSA**
**United States Magistrate Judge**