United States of America
13 district

United States
of
America (Plantiff)
vs.
Antonio M. Carrillo
(Defendant)

CR-19-1991-KWR

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
APR 09 2021
MITCHELL R. ELFERS
CLERK/mg

## Request for Bail Hearing

In this case I (Mr. Carrillo) belives He is Innocent of the Charges of both "Interstate Communications" and "Threat of Arson". The Prosecution has already dropped the charge of "Interstate communications" due to a lack of evidence. And the charge of "Threat of Arson" bears no Merit to sustain the charge.

The Arrest can also be proven to be a "False Arrest" due to the evidence that is already in the Possesion of the court. There is no paper work to show (the detainment form) "Probable cause", No warrent was issued prior to the Arrest and at the time of Mr. Carrillos Arrest the Federal agent provided no charge. The Agents own words were

"I am arresting you because I am uncomfortable with your answers to my questions." There is no law that gives authority to Federal Agents authority to make an arrest based upon discomfort or personal feelings. There is also no law that permits a Federal Agent to make an arrest based upon theoretical conversations. The conversation that was between the Federal Agent and Mr. Carrillo on the day of his arrest was based upon a theoretical situation of a civil war. Of which there was none. It is not Mr. Carrillos fault that the Agent has no understanding of theoretical conversation.

In Addition I find no Law, no Case Law or any Court Procedure that gives the Federal Agent the Athority to fill out a warrent. That is the duty of the US Attorney. For an Agent to fill out the warrent and buy pass the US Attorney and have a Judge sign the warrent is Illeagel. I may be a standard practice but it is still Illeagel according to Law. This is the information Mr. Carrillo finds in US code and Wexis Case Law. Furthermore the Evidence that was obtained by the Federal Agent is

Fabricated and is not a accurate dipiction of the Debate that Mr. Carrillo had with many persons involved in the debate that day. I do not remember the employees of the ACLU being involved in the debate only Leftist Liberals who support the ACLU. Of ~~which~~ which there were many. I say Leftist Liberals because I do not know if the persons are Regestered Democrats or not. It is the responibility of the Federal Agent to collect evidence and then Present the Evidence to the US Atorrney for evaluation. Then the US Attorney fills out the Threat Assesment Form, then if the form has a high enough number. Then the US Attorney submits a request for a warrent to the Judge. The Threat Assment form is mandated by Congress. And according to US Code the form must acompany the Request for a warrent. There is more to say about the flaws of the case but I have run out of paper.

I (Mr. Carrillo) Request for a bail hearing or the dismissle of the case due to the evidence I (Mr. Carrillo) have provided to the court.

~~Sincerley~~ Respectfully
Antonio M. Carrillo

Archdiocies of Boston vs USA - Speedy trial Delay during crices

Antonio Carrillo
Grady County Law Enforcement Center
#1587034723

United States Courthouse
13th district
333 Lomos Blvd N.W. 87102
Atten: Clerks office

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

87102-227299