United States of America
District of New Mexico

United States
(Plantiff)
V.                                    CR-19-1991-KWR
Antonio CARRILLO

Mr. CARRILLO is motioning the court to suppress the supposed evidence that the Federal agent collected from the ACLU. On the grounds that the supposed evidence cannot be proven to be factual or authentic. The agent failed to investgate both sides of the complaint. It is known by all parties that the Facebook Thread was deleated by the employees of the ACLU. Distuction of evidence is a felony. It is also known that the supposed evidence was rewritten by the employees of the ACLU. This is evidence tampering.
It is also known that the supposed evidence has NO identifier in the upper left hand corner. Which is standard for any post on Facebook. This Identifier is missing from the claimed screenshot. It is also known that the supposed screenshot is a photograph taken by the Federal agent. This photo photograph is not a legitimate screenshot from Facebook.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2021 AUG 30 PM 1:43
CLERK-ALBUQUERQUE

What is not known is if the witnesses for the prosecution are or were acctual participants in the online debate. There is no proof to support this.
It is also unknown how the ACLu found Mr. Carrillos name since the entire Thread was deleated by the ACLU. And since there was no Identifies for the ACLU to follow.
Without the Thread, none of the above Items can be proven to be factual or truth. The Word of the witness is not enough since people lie in court constantly. Also the ACLU is not known for being completly truthfull. In addition the ACLU supports satinic lifestyles such as bloodletting of the innocent (Abortion), Indoctrination of the young (Satinac stories to kendergardeners), Peversion of natural law, Peverts having sex with 7 year old girls. These are just a few examples of the mentality of the ACLU a far left political orgization.
Mr. Carrillo is being punished and his life, liberty, and Persuit of happress destroyed by evidence that is nothing more than hearsay and gossip. He is being investigated to find any small thing that is or would be a flaw in his health and character.

It is Obvious that the Judges have been prejustice against mr. carrillo and are showing excessive favor to the prosecution. It is obvious because the original charges of "interstate communications" were dropped due to lack of evidence and lack of proof of a "True Threat". And also the recharging mr. Carrillo with "Threat of arson" when the evidence is exaztly the same. Mr. Carrillos home has been inspected and no evidence could be found by parol officer Jeff Splick-Martinez towards any wrongdoing by Mr. Carrillo. The Prosecution has found no wrongdoing by mr. Carrillo in his past or at the time of the false accusation.
Therfore Mr. Carrillo is motioning the court to dismiss all charges on grounds of Lack of evidence.

Sincerely
Antonio Carrillo
ANTONIO CARRILLO

**Notary Acknowledgment**

State of North Carolina   County of Durham

Subcribed, sworn to and acknowledged before me by Antonio Carrillo, the Principal, and subscribed and sworn to before me by Tywanna Crudup, witness, this 26 day of August.

_____
Notary Signature

Notary Public,
In and for the County of Durham
State of North Carolina
My commission expires: 05/02/23         Seal

[Notary Seal: TYWANNA CRUDUP, NOTARY PUBLIC, DURHAM COUNTY, NC, My Commission Expires 05-02-23]

**Acknowledgment and Acceptance of Appointment as Attorney-in-Fact**

I, _____ have read the attached power of attorney and am the person identified as the attorney-in-fact for the principal. I hereby acknowledge that I accept my appointment as Attorney-in-Fact and that when I act as agent I shall exercise the powers for the benefit of the principal; I shall keep the assets of the principal separate from my assets; I shall exercise reasonable caution and prudence; and I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

_____     _____
Signature of Attorney-in-Fact              Date

**Acknowledgment and Acceptance of Appointment as Successor Attorney-in-Fact**

I, _____ have read the attached power of attorney and am the person identified as the successor attorney-in-fact for the principal. I hereby acknowledge that I accept my appointment as Successor Attorney-in-Fact and that, in the absence of a specific provision to the contrary in the power of attorney, when I act as agent I shall exercise the powers for the benefit of the principal; I shall keep the assets of the principal separate from my assets; I shall exercise reasonable caution and prudence; and I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

_____     _____
Signature of Successor Attorney-in-Fact       Date

*California residents or persons intending that this document be valid in the State of California should use the following California Notary Acknowledgment form:*

**California Notary Acknowledgment**

State of California

County of _____ } S.S.

On _____, before me, _____ (name and title of notary), personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. WITNESS my hand and official seal.

_____     (Seal)
Notary Signature

Antonio Carrillo

Name: Number: 05367-151
Federal Medical Center
P.O. Box 1600
Butner, NC 27509



RALEIGH NC 275
Research Triangle Region
27 AUG 2021 PM 6 L

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 30 2021

MITCHELL R. ELFERS
CLERK

U.S. Federal Courthouse
333 Lomas Blvd. NW
Albuquerque, New Mexico
87102

Attn: Clerk

Legal Document

87102-227299