United States of America
District of New Mexico

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 12 2021

MITCHELL R. ELFERS
CLERK

United States
Of America
V
Antonio Carrillo

CR-19-1991 KWR

Motion For Jury Trial

Antonio Carrillo Hearby invokes his Consitional Right to A Jury Trial of his peers.

Sinsirly
Antonio Carrillo

Antonio Carrillo

Name:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Number: 05367-151

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 12 2021

MITCHELL R. ELFERS
CLERK

RALEIGH NC 275
Research Triangle Region
6 OCT 2021 PM 1 L

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd N.W.
Albuquerque, New Mexico, 87102

ATTN: Clerk

87102-227470



FOREVER / USA