# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                 Cr. No. 19-1991 KWR

ANTONIO CARRILLO,

    Defendant.

## UNOPPOSED MOTION TO DISMISS THE
## SUPERSEDING INDICTMENT WITHOUT PREJUDICE

      The United States, pursuant to Rule 48a of the Federal Rules of Criminal Procedure, respectfully requests this Court dismiss the superseding indictment in this case without prejudice. As this Court has found, Antonio Carrillo ("Defendant") is not competent to stand trial because he presently suffers from delusional disorder and unspecified neurocognitive disorder. Additionally, he is not restorable to competence because the nature of his diagnoses. Because he is not competent to stand trial, and cannot be restored to competence, the United States respectfully requests the Court dismiss the superseding indictment. The filing of this motion caused a copy to be served on Donald F. Kochersberger III, Esq., counsel for Defendant, who does not oppose it.

                                                    Respectfully submitted,

                                                    FRED J. FEDERICI
                                                  Assistant United States Attorney

                                                  *electronically signed October 25, 2021*
                                                  PAUL J. MYSLIWIEC
                                                  JAYMIE L. ROYBAL
                                                  Assistant United States Attorneys
                                                  P.O. Box 607
                                                  Albuquerque, N.M. 87103
                                                  (505) 224-1411